UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
T.K.B. SHIPPING A/S,

                Plaintiff,

-against-

ARK SHIPPING CO., LTD.,

                Defendant.
------------------------------------------------------------- x

**ORDER**

08 Civ. 10772 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    WHEREAS Defendant has moved, pursuant to Adm. Supp. R. E, Fed. R. Civ. P., to vacate the order of maritime attachment issued in this action; and

    WHEREAS oral argument on the motion has been set for March 18, 2009, at 11:00 a.m.; it is hereby:

    ORDERED that, in advance of the oral argument, Plaintiff may submit a sur-reply to Defendant's reply memorandum by March 5, 2009.

    SO ORDERED.

Dated:    February 26, 2009
             New York, New York

ALVIN K. HELLERSTEIN
United States District Judge