```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
T.K.B. SHIPPING A/S,                        :
                                            :   ORDER IMPOSING
                        Plaintiff,          :   REPORTING OBLIGATION
                                            :
        -against-                           :   08 Civ. 10772 (AKH)
                                            :
ARK SHIPPING CO., LTD.,                     :
                                            :
                        Defendant.          :
------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

WHEREAS by summary order dated March 18, 2009, I vacated in part, and sustained in part, the order of attachment issued in this case on December 12, 2008; it is hereby:

ORDERED that the Writ of Maritime Attachment and Garnishment authorized by my order of December 12, 2008 shall remain in effect for a period of sixty (60) days from the date of this order. Prior to its expiration, Plaintiff may request renewal upon showing of sufficient reason to maintain the attachment in place. Plaintiff shall include with the request a report stating: (a) the amount of any attached funds; (b) whether and when arbitration pursuant to the charter party, or other litigation, has been, or will be, instituted, and the status of such arbitration or litigation; (c) a commitment to update such report every sixty (60) days; and (d) any other relevant information concerning the utility of the continuing attachment and the status of the controversy between or among the relevant parties. In the event that a request for renewal and report are not submitted timely and with the frequency and quality required by this order, the order of attachment will be vacated, and this lawsuit will be dismissed.

SO ORDERED.

Dated: March 19, 2009
       New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge